**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **SEAN PIPER** , <br><br>     Plaintiff, <br><br> v. <br><br> **INTEGRATED DNA TECHNOLOGIES, INC.**, <br><br>     Defendant. | **Civil Action No.**: 4:25-CV-05993 |

### PLAINTIFF'S MOTION
### TO DISMISS WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff SEAN PIPER (hereinafter "Plaintiff") hereby dismisses all of his claims in this lawsuit with prejudice against Defendant INTEGRATED DNA TECHNOLOGIES, INC. (hereinafter "Defendant"). Plaintiff and Defendant are each to bear their owns costs of court and attorneys' fees. Defendant is not opposed to the granting of this motion.

Respectfully submitted,

*/s/ Gregg M. Rosenberg*
Gregg M. Rosenberg
USDC SD/TX No.: 7325
Texas State Bar No.: 17268750
ROSENBERG & ASSOCIATES
3518 Travis Street, Suite 200
Houston, Texas 77002
Telephone No.: (713) 960-8300
E-Mail: gregg@rosenberglaw.com
Attorney-In-Charge for Plaintiff

1

## CERTIFICATE OF SERVICE

On June 29, 2025, a true and correct copy of the above-identified document was filed and served on the following:

Alan J. Marcuis
Erin Murray
Seyfarth Shaw LLP
2323 Ross Ave., Suite 1660
Dallas, Texas 75201
(469) 608-6705
amarcuis@seyfarth.com
emurray@seyfarth.com

/s/ *Gregg M. Rosenberg*
Gregg M. Rosenberg